UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA

IN RE: ) Case No. 14-41222-PWB
)
Regina S Barnes, ) Chapter 13
)
)
Debtor. )

ORDER FOR PAYMENT OF UNCLAIMED FUNDS

Trustee filed a Trustee's "Notice and Payment into the Court for Unclaimed Funds" on 9/5/2019 and issued a check to the Clerk, U.S. Bankruptcy Court, for deposit into the registry of the court in the amount of $10,467.95 on behalf of Fred Talleys Parkview Chapel. On October 4, 2019, Carriage Funeral Holdings, Inc., c/o Dilks & Knopik, LLC, filed a petition seeking payment of this sum. The petition and the documents attached thereto establish that claimant is entitled to the unclaimed funds; accordingly, it is hereby

ORDERED that the Clerk, US Bankruptcy Court, shall issue a check in the amount of $10,467.95, payable to Carriage Funeral Holdings, Inc., c/o Dilks & Knopik, LLC and shall send said check to payee at the following address: 35308 SE Center Street, Snoqualmie, WA 98065-9216.

IT IS SO ORDERED, this 20 day of December 2019.

PAUL W. BONAPFEL
UNITED STATES BANKRUPTCY JUDGE

No Opposition:

_____:
Mary Ida Townson, Chapter 13 Trustee

Bar # 765203

Application Submitted By:

_____
Brian J Dilks, Member
Dilks & Knopik, LLC
Attorney-in-Fact for Carriage Funeral Holdings, Inc.
35308 SE Center Street
Snoqualmie, WA 98065-9216
(425) 836-5728


Distribution List:
United States Attorney, 1800 Richard Russell Federal Building, 75 Spring Street, SE Atlanta, GA 30303
Carriage Funeral Holdings, Inc., 3040 Post Oak Blvd., Suite 300, Houston, TX 77056
Mary Ida Townson, Case Trustee, courtdailysummary@atlch13tt.com,
Dilks & Knopik, LLC, 35308 SE Center Street, Snoqualmie, WA 98065-9216